Appeal of PERRY & DORMINEY.             Docket No. 852.

Submitted March 31, 1925; decided April 13, 1925.

*George M. Stanton, Esq.,* for the taxpayer.
*Benj. H. Saunders, Esq.,* for the Commissioner.

Before JAMES, LITTLETON, SMITH, and TRUSSELL.

This is an appeal from a deficiency in excess-profits tax of the above-named partnership for the year 1917, in the sum of $4,048.74. The entire deficiency results from the elimination by the Commissioner of the opening inventory of the taxpayer in the sum of $6,838.71, pursuant to the report of the examining revenue agent.

### FINDINGS OF FACT.

The taxpayer partnership was engaged, during the taxable year in question, in the business of buying and selling mules, and at the beginning of that year had on hand an inventory of mules of the value of at least $6,838.71.

### DECISION.

The deficiency determined by the Commissioner is disallowed.

---

Appeal of C. W. SIMPSON CO., INC.         Docket No. 1719.

The taxpayer in 1919 was not a personal service corporation.

Submitted March 30, 1925; decided April 13, 1925.

*Fred A. Woodis, Esq.,* and *Luther F. Speer, Esq.,* for the taxpayer.
*Edward C. Lake, Esq.,* for the Commissioner.

Before STERNHAGEN, TRAMMELL, and PHILLIPS.

In this appeal the taxpayer claims that the Commissioner erroneously refused for the taxable year 1919 to classify it as a personal service corporation within section 200 of the Revenue Act of 1918. The Commissioner asserts a deficiency of $1,803.23.

### FINDINGS OF FACT.

The taxpayer is a real-estate broker and selling agent, and in its business it also collects rents and writes insurance. It was organized in 1916 with three stockholders—Simpson receiving 45 shares, Fuller 45 shares, and Asquith 10 shares. Nothing was paid in for these shares, except that Fuller contributed $2,500 in cash for the purchase of office equipment. Shortly after the corporation was organized, Fuller became dissatisfied, and Simpson purchased his